Michael J.F. Smith, Esq.
John L Migliazzo, Esq.
1391 West Shaw Avenue, Ste. D
Fresno, CA 93711
Telephone: (559) 229-3900

Attorneys for Plaintiff,
JORGE MEDINA

Christian Keeney, CA Bar No. 269533
christian.keeney@ogletreedeakins.com
Natalie R. Alameddine CA Bar No. 296423
natalie.alameddine@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714.800.7900
Facsimile:    714.754.1298

Attorneys for Defendant
DNOW, L.P.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE MEDINA, an individual<br><br>          Plaintiff,<br><br>    vs.<br><br>DNOW, L.P.  and DOES 1 through 10, inclusive<br><br>          Defendant. | Case No. 1:15-CV-00235-DAD-JLT<br><br>Assigned to:<br>District Judge Dale A. Drozd<br>Magistrate Judge Jennifer L. Thurston<br><br>**JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED CASE DEADLINES; ORDER** |

**TO THE ABOVE HONORABLE COURT:**

Plaintiff JORGE MEDINA ("Plaintiff") and Defendant DNOW, L.P. ("Defendant") (collectively the "Parties"), agree as follows:

1. The parties agree that good cause exists to continue the trial date and related deadlines for the following reason(s).

2. The deadline to complete fact discovery is April 29, 2016 and the deadline to file dispositive motions is July 1, 2016. Through no fault of either party, Defendant has been unable to complete depositions it must conduct in advance of these deadlines, including the deposition of Michelle Owens, who submitted a written statement purportedly in support of Plaintiff's allegations and failed to appear for her deposition.

3. The parties agree that neither party will be prejudiced by the stipulated continuance.

4. Accordingly, the parties request that the trial date and related case deadlines be continued as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cutoff | April 29, 2016 | August 19, 2016 |
| Dispositive Motion Filing Deadline | May 17, 2016 | September 20, 2016 |
| Dispositive Motion Hearing Deadline | July 1, 2016 | October 18, 2016 |
| Expert Disclosures | May 12, 2016 | August 26, 2016 |
| Supplemental Expert Disclosures | June 7, 2016 | September 23, 2016 |
| Expert Discovery Cutoff | July 6, 2016 | October 26, 2016 |
| Final Pretrial Conference | September 26, 2016 | December 19, 2016 |
| Trial | November 15, 2016 | February 14, 2017 |

5. Any dates or deadlines not expressly referenced above will be continued by the same number of days as the trial date is continued.

6. This is the first time that the parties have requested a continuance of the trial date in this matter.

///

1

| | |
|---|---|
| DATED: April 29, 2016 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: /s/ Natalie R. Alameddine<br>　　Christian Keeney<br>　　Natalie R. Alameddine |
| | Attorneys for Defendant<br>DNOW, L.P. |
| DATED: April 29, 2016 | |
| | By: /s/ John L Migliazzo<br>　　(as authorized on April 29, 2016)<br>　　Michael J.F. Smith<br>　　John L Migliazzo |
| | Attorneys for Plaintiff<br>JORGE MEDINA |

2

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Continue Discovery and Dispositive Motions Deadlines, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The trial date and related case deadlines be continued as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cutoff | April 29, 2016 | August 19, 2016 |
| Dispositive Motion Filing Deadline | May 17, 2016 | September 20, 2016 |
| Dispositive Motion Hearing Deadline | July 1, 2016 | October 18, 2016 |
| Expert Disclosures | May 12, 2016 | August 26, 2016 |
| Supplemental Expert Disclosures | June 7, 2016 | September 23, 2016 |
| Expert Discovery Cutoff | July 6, 2016 | October 26, 2016 |
| Final Pretrial Conference | September 26, 2016 | December 19, 2016 |
| Trial | November 15, 2016 | February 14, 2017 |

2. Any dates or deadlines not expressly referenced above will be continued by the same number of days as the trial date is continued.

IT IS SO ORDERED.

Dated:  **May 2, 2016**                    _____
                                                                UNITED STATES DISTRICT JUDGE

1