Michael J.F. Smith, Esq.
John L Migliazzo, Esq.
1391 West Shaw Avenue, Ste. D
Fresno, CA 93711
Telephone:  (559) 229-3900

Attorneys for Plaintiff,
JORGE MEDINA

Christian Keeney, CA Bar No. 269533
christian.keeney@ogletreedeakins.com
Natalie R. Alameddine CA Bar No. 296423
natalie.alameddine@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714.800.7900
Facsimile:     714.754.1298

Attorneys for Defendant
DNOW, L.P.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MEDINA, an individual | Case No. 1:15-CV-00235-DAD-JLT |
| Plaintiff, | Assigned to:<br>District Judge Dale A. Drozd<br>Magistrate Judge Jennifer L. Thurston |
| vs. | |
| DNOW, L.P.  and DOES 1 through 10, inclusive | **STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION HEARING DEADLINE** |
| Defendant. | |
| | State Action Filed:  December 18, 2014<br>Trial Date:           February 14, 2017 |

**TO THE ABOVE HONORABLE COURT:**

Plaintiff JORGE MEDINA ("Plaintiff") and Defendant DNOW, L.P. ("Defendant") (collectively the "Parties"), agree, subject to the Court's approval, to continue the deadline to hear dispositive motions in this matter by 14 days from October 18, 2016 to **November 1, 2016**, based on the following:

Defendant plans to file a motion for summary judgment.

1    The current deadline to hear dispositive motions in this case is October 18, 2016.

2    Good cause exists for the requested continuance because Defendant's counsel is required to

3    be out of town on another client matter between October 17, 2016 and October 19, 2016 and thus

4    will be unavailable for hearing on October 18, 2016.

5    The Court only hears civil motions on the first and third Tuesday of each month. As such,

6    the next date on which Defendant's motion for summary judgment may be heard is November 1,

7    2016.

8    The trial in this matter is not scheduled to begin until February 14, 2017.

9    The parties agree that neither will be prejudiced by the requested continuance.

10    Accordingly, the parties respectfully request that the Court continue the dispositive motion

11    hearing deadline from October 18, 2016 to **November 1, 2016**.

12

13    DATED:  September 15, 2016                  OGLETREE, DEAKINS, NASH, SMOAK &
                                                STEWART, P.C.
14

15

16                                              By: /s/ Christian Keeney
                                                   Christian Keeney
17                                                 Natalie R. Alameddine

18                                              Attorneys for Defendant
                                                DNOW, L.P.
19

20

21    DATED:   September 15, 2016

22                                              By:  /s/ John L. Migliazzo
                                                   (as authorized on September 15, 2016)
23                                                 Michael J.F. Smith
                                                   John L Migliazzo
24

25                                              Attorneys for Plaintiff
                                                JORGE MEDINA
26    ///

27    ///

28    ///

1

**<u>ORDER</u>**

2

Upon consideration of the Parties' Joint Stipulation to Continue the Dispositive Motion

3

Hearing Deadline, and good cause appearing therefor, the Court orders that:

4

The dispositive motion hearing deadline is continued from October 18, 2016, to **October**

5

**31, 2016.**

6

7

IT IS SO ORDERED.

8

Dated:   **September 15, 2016**            _____

9

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28