UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MEDINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL OILWELL VARCO, L.P., et al,<br><br>　　　　　Defendants, | No. 1:15-CV-00235 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 47) |

On February13, 2017, the parties notified the Court that the matter in its entirety has been settled.  (Doc. 47)  Therefore, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed no later than March 15, 2017;

　　2.　　All pending dates, conferences and hearings are **VACATED** and the motion for summary judgment is **MOOT**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　__February 14, 2017__　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE