# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MEDINA, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DNOW, L.P. and DOES 1 through 10, inclusive<br><br>　　　　　Defendant. | Case No. 1:15-CV-00235-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>(Doc. 49) |

On February 23, 2017, the parties filed a stipulation dismissing the action and agreeing that each side will bear their own costs. (Doc. 49) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

　　Dated:　**February 24, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE